**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Richard Allen BROWN, Defendant–Appellant.**

No. 15–6957.

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 20, 2015.

Decided: Aug. 25, 2015.

Richard Allen Brown, Appellant Pro Se. Jennifer P. May–Parker, Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

Before DUNCAN, KEENAN, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Richard Allen Brown appeals the district court's order denying his motion for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) (2012), based upon Amendments 750, 781, and 782 to the Sentencing Guidelines. We have reviewed the record and find no reversible error. *See United States v. Thomas,* 775 F.3d 982, 982–83 (8th Cir.2014) (holding that Amendment 782 reductions in drug offense levels do not apply to defendants whose offense levels were based on career offender enhancement rather than on drug Guidelines). Accordingly, we affirm the district court's denial of relief, grant Brown's request to seal his informal brief, deny his request to seal the remainder of the record, and deny his motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*